# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORNELIUS KIRSH

NO.   2020 KW 0212

**MAY 1 2 2020**

---

In Re:   Cornelius Kirsh, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
555145

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the habitual offender bill of information, the commitment order, all pertinent minute entries and/or transcripts, and other portions of the district court record that might support the claims raised in this writ application.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT